

Certificate Number: 24-93560

# Certificate of Completion of Credit Counseling

The Consumer Financial Education Foundation of America*
hereby certifies that

## Shannon Magiera

completed a session of Credit Counseling, required pursuant to
11 U.S.C. Section 521 (b).

Done this    22nd day of April, 2024.



Rickard K. Mauk
Certified Financial Health Counselor